No. **CR 08 00020 RMW**  RS

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

E-FILING

Filed JAN 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

---

### THE UNITED STATES OF AMERICA
*vs.*
### LYDIA HERNANDEZ

---

## INDICTMENT

**COUNTS ONE - THREE:**  Title 26, U.S.C. § 7201 - Tax Evasion

**COUNTS FOUR - FORTY-TWO:**  Title 26, U.S.C. § 7206(2) - Aiding and Assisting in Preparation of False Tax Returns

*A true bill.*

_____
Foreperson

Filed in open court this _16_ day of _January_

A.D. 200_8_

_____
United States Magistrate Judge

Bail. $ Summons for 2/7/08 at 9:30 before PVT

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

E-FILING

Filed

JAN 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> ) <br> LYDIA HERNANDEZ, ) <br> Defendant. ) <br> ) | CR 08 00020 RMW <br><br> VIOLATIONS: Title 26, United States Code, Section 7201 - Tax Evasion; Title 26, United States Code, Section 7206(2) - Aiding and Assisting in the Preparation of False Tax Returns <br><br> SAN JOSE VENUE |

## INDICTMENT

The Grand Jury charges:

COUNT ONE: (26 U.S.C. § 7201 -Tax Evasion)

On or about April 15, 2003, in the Northern District of California, the defendant,

LYDIA HERNANDEZ,

then a resident of Salinas, California, did willfully and knowingly attempt to evade and defeat a part of the income tax due and owing to the United States of America for the 2002 tax year by preparing, signing, and mailing or otherwise delivering, and causing to be prepared, signed, and mailed or otherwise delivered, a false and fraudulent joint income tax return, which return was filed with the Internal Revenue Service, wherein it was stated that the tax due to the United

INDICTMENT

1 | States for the 2002 tax year was $1,767, whereas, as the defendant then and there well knew and
2 | believed, her taxable income for that year was higher than the amount listed on her income tax
3 | return, and that upon said income an additional tax was due and owing to the United States of
4 | America, all in violation of Title 26, United States Code, Section 7201.
5 | COUNT TWO: (26 U.S.C. § 7201 - Tax Evasion)
6 | On or about May 19, 2004 in the Northern District of California, the defendant,

LYDIA HERNANDEZ,

then a resident of Salinas, California, did willfully and knowingly attempt to evade and defeat a part of the income tax due and owing to the United States of America for the 2003 tax year by preparing, signing, and mailing or otherwise delivering, and causing to be prepared, signed, and mailed or otherwise delivered, a false and fraudulent joint income tax return, which return was filed with the Internal Revenue Service, wherein it was stated that the tax due to the United States for the 2003 tax year was $1,885, whereas, as the defendant then and there well knew and believed, her taxable income for that year was higher than the amount listed on her income tax return, and that upon said income an additional tax was due and owing to the United States of America, all in violation of Title 26, United States Code, Section 7201.

COUNT THREE (26 U.S.C. § 7201 - Tax Evasion)

On or about April 27, 2005, in the Northern District of California, the defendant,

LYDIA HERNANDEZ,

then a resident of Salinas, California, did willfully and knowingly attempt to evade and defeat a part of the income tax due and owing to the United States of America for the 2004 tax year by preparing, signing, and mailing or otherwise delivering, and causing to be prepared, signed, and mailed or otherwise delivered, a false and fraudulent joint income tax return, which return was filed with the Internal Revenue Service, wherein it was stated that the tax due to the United States for the 2004 tax year was $1,708, whereas, as the defendant then and there well knew and believed, her taxable income for that year was higher than the amount listed on her income tax return, and that upon said income an additional tax was due and owing to the United States of America, all in violation of Title 26, United States Code, Section 7201.

INDICTMENT                                       2

1  All in violation of Title 26, United States Code, Section 7201.

2  <u>COUNTS FOUR THROUGH FORTY-TWO</u>:  (26 U.S.C. § 7206(2) - Aiding and Assisting in the Preparation of False Tax Returns)

On or about the dates set forth below, in the Northern District of California, the defendant,

LYDIA HERNANDEZ,

did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service of false and fraudulent U.S. Individual Income Tax Returns, Forms 1040, for the taxpayers and calendars years specified below, in that the defendant prepared the tax returns described below using inflated and fabricated deductions and thereby falsely listed the taxable income amount claimed on each return, well knowing that each taxpayer's taxable income was greater than what was reported on the taxpayer's return.

| Count | Approximate Date of Offense - On or About | Taxpayer (identified by initials) | Tax Year | Taxable Income Reported on Filed Return | Corrected Taxable Income |
|---|---|---|---|---|---|
| 4 | 4/15/03 | J. G. | 2002 | $ 50,865 | $ 76,945 |
| 5 | 4/15/04 | J. G. | 2003 | $ 68,072 | $ 91,293 |
| 6 | 4/15/05 | J. G. | 2004 | $ 53,815 | $ 65,412 |
| 7 | 4/15/03 | V. C. | 2002 | $ 30,846 | $ 36,124 |
| 8 | 4/15/04 | V. C. | 2003 | $ 17,611 | $ 41,357 |
| 9 | 4/15/05 | V. C. | 2004 | $ 33,257 | $ 55,528 |
| 10 | 4/15/03 | J. U. | 2002 | $ 27,771 | $ 41,614 |
| 11 | 4/15/04 | J. U. | 2003 | $ 27,742 | $ 41,493 |
| 12 | 4/15/05 | J. U. | 2004 | $ 24,341 | $ 38,369 |
| 13 | 4/15/03 | T.C. and M.C. | 2002 | $ 16,464 | $ 23,699 |
| 14 | 4/15/04 | T.C. and M.C. | 2003 | $ 12,558 | $ 48,254 |
| 15 | 4/15/05 | T.C. and M.C. | 2004 | $ 1,672 | $ 99,354 |
| 16 | 4/15/03 | W.M. and D.M | 2002 | $ 36,826 | $ 53,020 |
| 17 | 4/15/04 | W.M. and D.M. | 2003 | $ 11,474 | $ 27,152 |
| 18 | 4/15/05 | W.M. and D.M. | 2004 | $ 38,231 | $ 59,390 |
| 19 | 4/15/03 | D. L. | 2002 | $ 37,208 | $ 44,638 |

INDICTMENT                                    3

| 20 | 4/15/04 | D.L. and A.D. | 2003 | $17,595 | $ 36,733 |
|---|---|---|---|---|---|
| 21 | 4/15/05 | D.L. and A.L. | 2004 | $35,247 | $ 55,755 |
| 22 | 4/15/03 | J.S. and C.T. | 2002 | $20,822 | $ 62,922 |
| 23 | 4/15/04 | J.S. and C.T. | 2003 | $26,068 | $ 66,854 |
| 24 | 4/15/05 | J.S. and C.T. | 2004 | $34,392 | $ 119,283 |
| 25 | 4/15/03 | A.L. and J.L. | 2002 | $19,531 | $ 50,361 |
| 26 | 4/15/04 | A.L. and J.L. | 2003 | $10,315 | $ 69,370 |
| 27 | 4/15/05 | A.L. and J.L. | 2004 | -$19,488 | $ 15,291 |
| 28 | 4/15/03 | C.E. and I.E. | 2002 | $16,996 | $ 56,411 |
| 29 | 4/15/04 | C.E. and I.E. | 2003 | $28,818 | $ 71,294 |
| 30 | 4/15/05 | C.E. and I.E. | 2004 | $31,008 | $ 64,455 |
| 31 | 4/15/03 | R.P. | 2002 | $29,388 | $ 39,588 |
| 32 | 4/15/04 | R.P. | 2003 | $17,586 | $ 41,585 |
| 33 | 4/15/05 | R.P. | 2004 | -$2,961 | $ 50,461 |
| 34 | 4/15/03 | C.K. and R.K. | 2002 | $39,991 | $ 44,355 |
| 35 | 4/15/04 | C.K. and R.K. | 2003 | $71,427 | $ 82,654 |
| 36 | 4/15/05 | C.K. and R.K. | 2004 | $44,184 | $ 50,942 |
| 37 | 4/15/03 | R.L. and S.L. | 2002 | $21,946 | $ 72,556 |
| 38 | 4/15/04 | R.L. and S.L. | 2003 | $20,025 | $ 80,664 |
| 39 | 4/15/05 | R.L. and S.L. | 2004 | $32,173 | $ 94,411 |
| 40 | 4/15/06 | R.L. and S.L. | 2005 | $48,940 | $ 79,516 |
| 41 | 4/15/04 | W.F. | 2003 | $29,255 | $ 61,912 |
| 42 | 4/15/05 | W.F. | 2004 | $24,525 | $ 38,946 |

INDICTMENT                    4

1 | All in violation of Title 26, United States Code, Section 7206(2).

3 | DATED:                                         A TRUE BILL.

                                                  *[signature]*
                                                  FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

*[signature]*
MATTHEW A. PARRELLA
Chief, San Jose Branch Office

(Approved as to form: *[signature]* )
                       AUSA CHOI

INDICTMENT                              5

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

*Filed JAN 16 2008*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT*
*NORTHERN DISTRICT OF CALIFORNIA*
*SAN JOSE*

### OFFENSE CHARGED
Counts 1-3 - Title 26, U.S.C. § 7201 - Tax Evasion
Counts 4-42 - Title 26, U.S.C. § 7206(2) - Aiding and Assisting in Preparation of False Tax Returns

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT - U.S.**
▶ LYDIA HERNANDEZ

**DISTRICT COURT NUMBER**
CR 08 00020 RMW
RS

### PENALTY:
Counts 1-3 - 5 years imprisonment, $100,000 fine, costs of prosecution
Counts 4-42 - 3 years imprisonment, $100,000 fine, costs of prosecution

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)
IRS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} SHOW DOCKET NO. _____
} MAGISTRATE CASE NO. _____

Name and Office of Person Furnishing Information on THIS FORM: **JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): EUMI CHOI

### DEFENDANT
**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
} ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☑ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☑ Arraignment  ☑ Initial Appearance
Defendant Address:
717 Donohoe Street, East Palo Alto, CA, 94303

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: 02/07/08 9:30am
Before Judge: Trumbull

Comments: