| DOCUMENTS UNDER SEAL □ | | TOTAL TIME (mins): 9 Min. | | | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Corinne Lew | | REPORTER/FTR<br>FTR | | |
| MAGISTRATE JUDGE<br>Patricia V. Trumbull | DATE<br>2/7/08 | | NEW CASE<br>□ | CASE NUMBER<br>CR 08-00020 RMW | |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT<br>Lydia Hernandez | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Manuel Araujo | PD. ☒ RET. □<br>APPT. □ | |
| U.S. ATTORNEY<br>E. Choi | INTERPRETER<br>NO | | | ☒ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>L. Weigel | | DEF ELIGIBLE FOR APPT'D COUNSEL □ | | PARTIAL PAYMENT OF CJA FEES □ | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | |
|---|---|---|---|---|---|
| ☒ INITIAL APPEAR | □ PRELIM HRG | □ MOTION | □ JUGM'T & SENTG | □ STATUS | |
| □ I.D. COUNSEL | ☒ ARRAIGNMENT | □ BOND HEARING | □ INITIAL APPEAR REV PROB OR S/R | □ OTHER | |
| □ DETENTION HRG | □ ID / REMOV HRG | □ CHANGE PLEA | □ PROB. REVOC. | □ ATTY APPT HEARING | |

| INITIAL APPEARANCE | | | |
|---|---|---|---|
| □ ADVISED OF RIGHTS | □ ADVISED OF CHARGES | □ NAME AS CHARGED IS TRUE NAME | □ TRUE NAME: |

| ARRAIGNMENT | | | |
|---|---|---|---|
| □ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE | □ WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| □ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ 50,000 PR | SPECIAL NOTES | □ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED<br>□ CASH  $ | | CORPORATE SECURITY □ | REAL PROPERTY: □ | |
| □ MOTION FOR DETENTION | □ PRETRIAL SERVICES REPORT | □ DETAINED  ☒ RELEASED | □ DETENTION HEARING AND FORMAL FINDINGS WAIVED | □ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

| PLEA | | | |
|---|---|---|---|
| □ CONSENT ENTERED | ☒ NOT GUILTY | □ GUILTY | GUILTY TO COUNTS: □ |
| □ PRESENTENCE REPORT ORDERED | □ CHANGE OF PLEA | □ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO:<br>3/10/08 | □ ATTY APPT HEARING | □ BOND HEARING | □ STATUS RE: CONSENT | ☒ STATUS / TRIAL SET |
| AT:<br>9:00 a.m. | □ SUBMIT FINAN. AFFIDAVIT | □ PRELIMINARY HEARING OR ARRAIGN-MENT | □ CHANGE OF PLEA | □ OTHER |
| BEFORE HON.<br>Ronald M. Whyte | □ DETENTION HEARING | | □ MOTIONS | □ JUDGMENT & SENTENCING |
| □ TIME WAIVED | □ TIME EXCLUDABLE UNDER 18 § USC 3161 | □ IDENTITY / REMOVAL HEARING | □ PRETRIAL CONFERENCE | □ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

STD: 4/17/08

Time Excluded from 2/7/08 through 3/10/08
cc: J. Garcia