JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5079
   Facsimile:  (408) 535-5066
   Email: Eumi.Choi@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00020 RMW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM FEBRUARY 7, 2008 TO MARCH 10, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A),(B)) |
| v. | |
| LYDIA HERNANDEZ, | |
| Defendant. | |

On February 7, 2008, the parties appeared for a hearing before the Honorable Patricia V. Trumbull.  At that time, defendant Hernandez made her initial appearance on a judicial summons issued upon the indictment of defendant.  Based upon the request of the parties, the Court set the matter for a status hearing on March 10, 2008, before Judge Whyte.  The parties are now requesting that the time between February 7, 2008 and March10, 2008 be excluded to allow counsel for defendant reasonable time for effective preparation, and to allow the parties to explore the possibility of an early disposition.

The United States hereby submits this written request for an order finding that said time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served

1

1 | by taking such action and outweigh the best interests of the public and defendant in a speedy
2 | trial. 18 U.S.C. § 3161(h)(8)(A). The failure to grant such a continuance would unreasonably
3 | deny counsel for defendant the reasonable time necessary for effective preparation, taking into
4 | account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: February 7, 2008                    JOSEPH P. RUSSONIELLO
                                           United States Attorney


                                           _____/s/_____
                                           EUMI L. CHOI
                                           Assistant United States Attorney


                                           _____/s/_____
                                           MANUEL U. ARAUJO
                                           Attorney for Defendant

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between February 7, 2008 and March 10, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The failure to grant such a continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:

RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE