1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO,
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant HERNANDEZ

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11

12  UNITED STATES OF AMERICA,            )   No. CR 08-00020-RMW
                                         )
13              Plaintiff,               )   **STIPULATION TO CONTINUE**
           v.                            )   **STATUS HEARING FROM**
                                         )   **MARCH 10, 2008 TO APRIL 28, 2008**
14  LYDIA HERNANDEZ,                     )
                                         )
15              Defendant.               )
    _____)
16
                                   **STIPULATION**
17

18        Defendant and the government, through their respective counsel, hereby stipulate that,

19  subject to the court's approval, the status hearing in the above-captioned matter, presently

20  scheduled for March 10, 2008, at 9:00 a.m., may be continued to April 28, 2008, at 9:00 a.m.

21  The continuance is being requested because assigned defense counsel will need additional time to

22  review discovery, investigate the case, and conduct settlement discussions.

23        The parties further agree and stipulate that time should be excluded from and including

24  March 10, 2008 through and including April 28, 2008, to provide counsel reasonable time to

25  prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the

26  United States and the defendant agree that granting the requested exclusion of time will serve the

1  interest of justice and outweigh the interest of the public and defendant in a speedy trial.

2

   Dated:  March 6, 2008
3
                                                    _____/s/_____
                                                    Manuel U. Araujo
4                                                   Assistant Federal Public Defender

5  Dated:  March 6, 2008
                                                    _____/s/_____
6                                                   Eumi Choi
                                                    Assistant United States Attorney
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION TO CONTINUE HEARING
No. CR 08-00020-RMW                                 2