1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO,
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant HERNANDEZ

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11
   UNITED STATES OF AMERICA,        )    No. CR 08-00020-RMW
12                                   )
                   Plaintiff,        )    **[PROPOSED] ORDER**
13         v.                        )
                                     )
14  LYDIA HERNANDEZ,                 )
                                     )
15                 Defendant.        )
   _____)
16

17         Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

18  conference hearing in the above-captioned matter shall be continued from March 10, 2008

19  through and including April 28, 2008 at 9:00 a.m. as well as the period of delay from March 10,

20  2008, to and including April 28, 2008, be excluded for purposes of Speedy Trial Act

21  computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and

22  3161(h)(8)(B)(iv).

23  Dated: March ___, 2008

24                                   _____
                                     HONORABLE RONALD M. WHYTE,
25                                   United States District Judge

26

ORDER CONTINUING HEARING
No. CR 08-00020-RMW                      1