BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO,
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant HERNANDEZ

*E-FILED - 3/13/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00020-RMW |
| | ) | |
| Plaintiff, | ) | **[] ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| LYDIA HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

conference hearing in the above-captioned matter shall be continued from March 10, 2008

through and including April 28, 2008 at 9:00 a.m. as well as the period of delay from March 10,

2008, to and including April 28, 2008, be excluded for purposes of Speedy Trial Act

computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and

3161(h)(8)(B)(iv).

Dated: March 13, 2008

*Ronald M. Whyte*
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
HONORABLE RONALD M. WHYTE,
United States District Judge

ORDER CONTINUING HEARING
No. CR 08-00020-RMW                    1