***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte                **REPORTER:** Lee-Anne Shortridge

**DATE:** April 28, 2008                  **TIME:** 9:00 am

**CRIMINAL NOS.:** CR-08-00020-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- LYDIA HERNANDEZ    (P)
        APPEARANCES:

**PLTF:** AUSA: E. Choi                   **DEFT:** M. Araujo

**COURT ACTION: STATUS HEARING**

**Hearing Held. The parties advised the Court that they need to discuss the discovery in the case. There is extensive discovery pending. The Court continued this matter to 6/16/08 @ 9:00 AM for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 6/16/08. Government to prepare exclusion order.**

             */s/ Jackie Garcia*
               **JACKIE GARCIA**
             **Courtroom Deputy**