JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5079
   Facsimile:  (408) 535-5066
   Email: Eumi.Choi@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00020 RMW |
|    Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM APRIL 28, 2008 TO JUNE 16, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A),(B)) |
| v. | |
| LYDIA HERNANDEZ, | |
|    Defendant. | |

On April 28, 2008, the parties appeared for a hearing before the Court. At the time, based upon the request of the parties, the Court set the matter for a status hearing on June 16, 2008. The parties request that the time between April 28, 2008 through June 16, 2008 be excluded to allow counsel for defendant reasonable time for effective preparation, and to allow the parties to explore the possibility of an early disposition.

     The United States hereby submits this written request for an order finding that said time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The failure to grant such a continuance would unreasonably

1 | deny counsel for defendant the reasonable time necessary for effective preparation, taking into
2 | account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).
3 |
4 | DATED: May 6, 2008                    JOSEPH P. RUSSONIELLO
                                          United States Attorney
5 |
6 |                                       _____/s/_____
7 |                                       EUMI L. CHOI
                                          Assistant United States Attorney
8 |
9 |                                       _____/s/_____
                                          MANUEL U. ARAUJO
                                          Attorney for Defendant

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between April 28, 2008 through June 16, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The failure to grant such a continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:

RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE