1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO,
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00020-RMW |
| Plaintiff, ) | **STIPULATION TO CONTINUE STATUS HEARING FROM JUNE 16, 2008 TO JULY 21, 2008.** |
| v. ) | |
| LYDIA HERNANDEZ, ) | |
| Defendant. ) | |

**STIPULATION**

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status hearing in the above-captioned matter, presently scheduled for June 16, at 9:00 a.m., may be continued to July 21, 2008, at 9:00 a.m.  The parties understand that the Court will not be available from June 16, 2008, and that the Court will not be available until June 30, 2008.  Counsel for the defense will be on a pre-planned family vacation from June 30, 2008 until July 14, 2008.  Additionally, the continuance is being requested because there is ongoing discovery, assigned defense counsel will need additional time to review discovery, investigate the case, and conduct settlement discussions.  Therefore, the parties have agreed on July 21, 2008, as the most appropriate date.

STIPULATION TO CONTINUE HEARING
No. CR 08-00020-RMW                    1

1    The parties further agree and stipulate that time should be excluded from and including 2 June 16, 2008 through and including July 21, 2008, to provide counsel reasonable time to 3 prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv). Accordingly, the 4 United States and the defendant agree that granting the requested exclusion of time will serve the 5 interest of justice and outweigh the interest of the public and defendant in a speedy trial.

7 Dated: May 15, 2008

                                              _____/s/_____
8                                               Manuel U. Araujo
                                              Assistant Federal Public Defender

10 Dated: May 15, 2008

                                              _____/s/_____
11                                               Eumi Choi
                                              Assistant United States Attorney