1    BARRY J. PORTMAN
     Federal Public Defender
2    MANUEL U. ARAUJO,
     Assistant Federal Public Defender
3    160 West Santa Clara Street, Suite 575
     San Jose, CA  95113
4    Telephone:  (408) 291-7753

5    Counsel for Defendant HERNANDEZ

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                             SAN JOSE DIVISION
11
     UNITED STATES OF AMERICA,          )    No. CR 08-00020-RMW
12                                       )
                         Plaintiff,      )    **[PROPOSED] ORDER**
13          v.                           )
                                         )
14   LYDIA HERNANDEZ,                    )
                                         )
15                       Defendant.      )
     _____)
16

17          Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

18   conference hearing in the above-captioned matter shall be continued from June 21, 2008 through

19   and including July 21, 2008 at 9:00 a.m. as well as the period of delay from June 21, 2008, to and

20   including July 21, 2008, be excluded for purposes of Speedy Trial Act computations pursuant to

21   Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

22   Dated: May ___, 2008

23                                       _____
                                         HONORABLE RONALD M. WHYTE,
24                                       United States District Judge

25

26