1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO,
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant HERNANDEZ

6                                                     *E-FILED - 6/3/08*

7

8

9                IN THE UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

   UNITED STATES OF AMERICA,          )      No. CR 08-00020-RMW
12                                     )
                    Plaintiff,         )      **[] ORDER**
13        v.                           )
                                       )
14   LYDIA HERNANDEZ,                  )
                                       )
15                  Defendant.         )
     _____)

16

17        Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

18  conference hearing in the above-captioned matter shall be continued from June 21, 2008 through

19  and including July 21, 2008 at 9:00 a.m. as well as the period of delay from June 21, 2008, to and

20  including July 21, 2008, be excluded for purposes of Speedy Trial Act computations pursuant to

21  Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

22  Dated: June 3, 2008

23  _Ronald M. Whyte_
    _____
    HONORABLE RONALD M. WHYTE,
24  United States District Judge

25

26

ORDER CONTINUING HEARING
No. CR 08-00020-RMW                        1