JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5079
   Facsimile:  (408) 535-5066
   Email: Eumi.Choi@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> LYDIA HERNANDEZ, ) <br> ) <br>    Defendant. ) <br> ) <br> _____ ) | No. CR 08-00020 RMW <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JULY 21, 2008 THROUGH AUGUST 18, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A),(B)) |

     On July 21, 2008, the parties appeared for a hearing before the Court. At that time, based upon the request of defense counsel, the Court set the matter for a status hearing on August 18, 2008. Defense counsel represented that he needed additional time to conduct his investigation on behalf of his client and to complete his review of the discovery provided by the government. The government did not oppose the request or the date for the next status hearing. The parties thus request that the time between July 21, 2008 through August 18, 2008 be excluded to allow counsel for defendant reasonable time for effective preparation.

     The United States hereby submits this written request for an order finding that said time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served

1

1 by taking such action and outweigh the best interests of the public and defendant in a speedy
2 trial. 18 U.S.C. § 3161(h)(8)(A). The failure to grant such a continuance would unreasonably
3 deny counsel for defendant the reasonable time necessary for effective preparation, taking into
4 account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: July 21, 2008							JOSEPH P. RUSSONIELLO
									United States Attorney


									_____/s/_____
									EUMI L. CHOI
									Assistant United States Attorney


									_____/s/_____
									MANUEL U. ARAUJO
									Attorney for Defendant

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between July 21, 2008 through August 18, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The failure to grant such a continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:

RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE