***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte     **REPORTER:** Lee-Anne Shortridge

**DATE:** July 21, 2008     **TIME:** 9:00 am

**CRIMINAL NO.:** CR-08-00020-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- LYDIA HERNANDEZ
    **APPEARANCES:**     (P)

**PLTF:** AUSA: E. Choi     **DEFT:** M. Araujo

**COURT ACTION: STATUS HEARING**

**Hearing Held. The defense has received over 2,000 pages of discovery. The defense needs time to investigate the case. The Court continued this matter to 8/18/08 @ 9:00 am for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 8/18/08. Government to prepare exclusion order.**

       /s/ Jackie Garcia
         **JACKIE GARCIA**
        **Courtroom Deputy**