JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

150 Almaden Boulevard
San Jose, California 95113
Telephone: (408) 535-5079
Facsimile:  (408) 535-5066
Email: Eumi.Choi@usdoj.gov

Attorneys for the United States of America

*E-FILED - 7/24/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00020 RMW |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM JULY 21, 2008 THROUGH AUGUST 18, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A),(B)) |
| v. | |
| LYDIA HERNANDEZ, | |
| Defendant. | |

On July 21, 2008, the parties appeared for a hearing before the Court. At that time, based upon the request of defense counsel, the Court set the matter for a status hearing on August 18, 2008. Defense counsel represented that he needed additional time to conduct his investigation on behalf of his client and to complete his review of the discovery provided by the government. The government did not oppose the request or the date for the next status hearing. The parties thus request that the time between July 21, 2008 through August 18, 2008 be excluded to allow counsel for defendant reasonable time for effective preparation.

The United States hereby submits this written request for an order finding that said time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served

1

1  by taking such action and outweigh the best interests of the public and defendant in a speedy
2  trial.  18 U.S.C. § 3161(h)(8)(A).  The failure to grant such a continuance would unreasonably
3  deny counsel for defendant the reasonable time necessary for effective preparation, taking into
4  account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

6  DATED: July 21, 2008                    JOSEPH P. RUSSONIELLO
                                           United States Attorney

8                                          _____/s/_____
                                           EUMI L. CHOI
9                                          Assistant United States Attorney

11                                         _____/s/_____
                                           MANUEL U. ARAUJO
                                           Attorney for Defendant

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between July 21, 2008 through August 18, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The failure to grant such a continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 7/24/08

*Ronald M. Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE