1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO,
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant HERNANDEZ

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                             SAN JOSE DIVISION
11

12 UNITED STATES OF AMERICA,           )   No. CR 08-00020-RMW
                                       )
13        Plaintiff,                   )   **STIPULATION TO CONTINUE**
          v.                           )   **STATUS HEARING FROM**
                                       )   **AUGUST 18, 2008 TO**
14 LYDIA HERNANDEZ,                    )   **SEPTEMBER 29, 2008**
                                       )
15        Defendant.                   )
   _____)
16

17                                **STIPULATION**

18
       Defendant and the government, through their respective counsel, hereby stipulate that,
19
   subject to the court's approval, the status hearing in the above-captioned matter, presently
20
   scheduled for August 18, at 9:00 a.m., may be continued to September 29, 2008, at 9:00 a.m.
21
   The continuance is being requested because the defense is conducting an ongoing investigation
22
   which it needs to complete before a decision can be made on whether the matter should proceed
23
   to trial.   The case involves a number of allegedly false tax filings filed over a three-year period.
24
   Approximately seven thousand pages of discovery have been produced by the government.
25
   Additionally, the parties believe that the case may resolve without trial, however, defense counsel
26
   does not believe that it can competently advise his client, nor negotiate a resolution, until its

1 investigation is complete.  Therefore, the parties have agreed on September 29, 2008, as the most
2 appropriate date for a plea or trial setting.
3     The parties further agree and stipulate that time should be excluded from and including
4 August 18, 2008 through and including September 29, 2008, to provide counsel reasonable time
5 to prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly,
6 the United States and the defendant agree that granting the requested exclusion of time will serve
7 the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

9 Dated:  August 12, 2008

                                                              _____/s/_____
10                                                    Manuel U. Araujo
                                                   Assistant Federal Public Defender

12 Dated: August 12, 2008
                                                              _____/s/_____
13                                                    Eumi Choi
                                                   Assistant United States Attorney