*E-FILED - 8/21/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00020-RMW |
| | ) | |
| Plaintiff, | ) | **[] ORDER** |
| v. | ) | |
| | ) | |
| LYDIA HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status conference hearing in the above-captioned matter shall be continued from August 18, 2008 to September 29, 2008 at 9:00 a.m. IT IS FURTHER ordered that the period of delay from August 18, 2008, to and including September 29, 2008, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Dated: August __21__, 2008

_____
HONORABLE RONALD M. WHYTE,
United States District Judge

ORDER CONTINUING HEARING
No. CR 08-00020-RMW                    1