BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00020-RMW (PVT) |
| Plaintiff, | [XXXXXXXXX] AMENDED ORDER MODIFYING SEPTEMBER 7, 2007, ORDER PERMITTING TRAVEL WITHIN THE UNITED STATES |
| vs. | |
| LYDIA HERNANDEZ, | **HON. PATRICIA V. TRUMBULL** |
| Defendant. | |

**ORDER**

Good cause appearing, and by stipulation of the parties, it is hereby ordered that the Conditions of Release issue by U.S. Magistrate Judge Patricia V. Trumbull on February 7, 2008, should be amended to permit the defendant Lydia Hernandez to travel on to travel by automobile on Friday, April 17, 2009, to Las Vegas, Nevada and returning on Monday, April 27, 2009.

It is further stipulated that prior to departure Ms. Hernandez is to provide a written itinerary to United States Pretrial Services Officer Laura Weigel.

It is further stipulated that on the first business day following her return, Ms. Hernandez shall contact United States Probation Officer Laura Weigel.

[Proposed] Amended Order to Modify Conditions
of Release                                                                 1

1   All other conditions of her release previously ordered remain in full force and effect.

2   IT IS SO ORDERED:

3   Dated: April __14__ , 2009

4   _____
    PATRICIA V. TRUMBULL,
5   United States Magistrate Judge

[Proposed] Amended Order to Modify Conditions of Release          2