*E-FILED - 10/26/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00020-RMW |
| Plaintiff, | ) ) | **[] ORDER CONTINUING DEFENDANT LYDIA HERNANDEZ'S SENTENCING HEARING DATE TO JANUARY 25, 2010** |
| v. | ) ) | |
| LYDIA HERNANDEZ, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from Monday, November 2, 2009, at 9:00 a.m., to Monday, January 25, 2010, at 9:00 a.m.

Dated: October __26__ , 2009

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE,
United States District Judge

Order Continuing Sentencing Hearing
No. CR 08-00020-RMW                    1